IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| DON RICHARD GRANT; and JACQUELINE LILIAN HARRINGTON, Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY Defendant. | § CIVIL ACTION NO. 1:24-cv-00247-DII <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## PLAINTIFFS' DON GRANT AND JACQUELINE HARRINGTON'S AMMENDED MOTION FOR LEAVE

Pursuant to Federal Rule of Civil Procedure 15(c)(2), "Plaintiff" Don Grant and Jacqueline Harrington files this opposed Motion for Leave to file its First Amened Compliant and in support will show the court as follows:

Rule 15c of the Federal Rules of Civil Procedure allow a party to amend its pleading once without the leave of the court which shall ne freely given when justice so requires. This motion is timely and filled in advance of Courts deadline to file amended pleading

WHEREFORE PREMESIS CONSIDERED, Plaintiffs Don Grant and Jacqueline Harrington respectfully prays that the court grant this Motion for Leave, and enter an order that the Clerk accepts the filing Don Grant and Jacqueline Harringtons First Amended Petition attached as Exhibit "A" and for all such other further relief to which Plaintiffs may show itself justly entitled

## CERTIFICATE OF CONFERENCE

I certify that Plaintiff conferred with Patrick kemps office on November 3,2024 via email regarding the relief requested in this motion, and could not reach an agreement on the amended Motions by agreement

Respectfully Submitted
/s/ Don Richard Grant
/s/ Jacqueline Lillian Harrington
13516 Gerald Ford St
Manor, Texas 78653
512-903-0982
Jfox2c125@gmail.com

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/EFC this Nov 3, 2024

Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com

C Daniel DiLizia
Texas Bar No. 24099800
ddilizia@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile
ATTORNEYS FOR DEFENDANT
NATIONWIDE MUTUAL INSURANCE
COMPANY